IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARLTON HUDSON, #R1803                                              PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:06cv146DCB-MTP

JACQUELINE BANKS, Warden of WCCF                                   RESPONDENT

## ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI, EASTERN DIVISION

BEFORE the Court is inmate Hudson's petition [1] for habeas corpus relief pursuant to

28 U.S.C. § 2254 and motion to show cause [5]. The Petitioner's pleading entitled "motion to

show cause" is in fact a response to the Court's order to show cause [4] regarding the filing fee

for this cause. This pleading is deemed to be compliance with the Court's order. In addition, the

Court received the filing fee for this cause on January 8, 2007. The Petitioner indicates that he is

currently serving a state sentence for armed robbery and attempted murder rendered by the

Oktibbeha County Circuit Court, located in the Northern District of Mississippi. The Petitioner

is currently confined in the Wilkinson County Correctional Facility, Woodville, Mississippi,

located in the Southern District of Mississippi.

Title 28 United States Code Section 2241(d) states that when a person files an application

for a writ of habeas corpus and they are in custody under the judgment and sentence of a State

court with two or more Federal Judicial Districts, the sentencing district and the district of

confinement have concurrent jurisdiction. Further, the district court which considers the

application may in the exercise of its discretion and in furtherance of justice transfer the

application to the other district court for hearing and determination. Since petitioner is serving a

state sentence from Oktibbeha County Circuit Court which is in the Northern District of

Mississippi, this case will be transferred to the Northern District.  In the exercise of this Court's discretion and in the furtherance of justice, it is hereby,

ORDERED that this petition for habeas relief be transferred to the United States District Court for the Northern District of Mississippi, Eastern Division, and that the petition shall be received in accordance with the orders and local rules of that court and any applicable statute or law.

SO ORDERED, this the 10th day of January, 2007.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE